## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBI L. HENRY, </br>on behalf of herself and all others </br>similarly situated, </br>　　　　　Plaintiff </br></br>v. </br></br></br>LEADING EDGE RECOVERY SOLUTIONS, LLC </br>　　　　　Defendant | )</br>)</br>)</br>)</br>)</br>)　　Civil Action 06-11749-MLW</br>)</br>)</br>)</br>) |

## STIPULATION OF DISMISSAL

The parties to this action hereby stipulate that this action is to be dismissed with prejudice, along with all claims and counterclaims that were or could have been asserted. This dismissal is without costs or fees to either party, the parties waiving all rights of appeal.

/s/Kenneth D. Quat
Attorney for Plaintiff
BBO #408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848


/s/John J. O'Connor
Attorney for Defendant
BBO#555251
Peabody & Arnold LLP
30 Rowes Wharf
Boston MA 02110
617-951-2100